UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE LETTY JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No. 14-cv-03889-RMW<br><br>**ORDER REQUESTING DEFENDANT'S RESPONSE REGARDING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 28 |

Plaintiff has moved for reconsideration of the court's February 20, 2015 order granting defendant's motion to compel arbitration, *see* Dkt. No. 26. Pursuant to Civil Local Rule 7-9(d), defendant shall file a response to plaintiff's motion addressing whether plaintiff has made the required showing under Civil Local Rule 7-9(b) for reconsideration of the court's prior order. Along with its response, defendant shall file with the court either the Forward Flow Agreement(s) pertaining to the account at issue in this case, or a declaration explaining why the Agreement(s) cannot be produced. Defendant's response shall be filed no later than 10 days from the date of this order.

**IT IS SO ORDERED**.

Dated: March 16, 2015

_____
Ronald M. Whyte
United States District Judge

ORDER
14-cv-03889-RMW                    1