TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
LIANA MAYILYAN (SBN 295203)
lmayilyan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Portfolio Recovery Associates, LLC

*E-FILED - 5/12/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOE LETTY JAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.: 14-cv-03889 RMW<br><br>**STIPULATION TO VACATE ORDER COMPELLING ARBITRATION AND STAYING CASE [DOC. NO. 26]** |

Plaintiff Zoe Letty James ("Plaintiff"), on behalf of herself and the alleged class, and defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and jointly request that the Court vacate the Order granting Defendant's motion to compel arbitration and staying this action (Doc. No. 26), and that the Court set the matter for a status conference. The following is stated in support.

WHEREAS, on February 20, 2015, the Court granted Defendant's Motion to Compel Arbitration and stayed this action pending the results of arbitration (Doc. No. 26);

WHEREAS, on April 8, 2015, the Court granted Plaintiff's Motion for Leave to File a Motion for Reconsideration (Doc. No. 36);

WHEREAS, Plaintiff filed her Motion for Reconsideration on April 22, 2015 (Doc. No. 37), and a hearing is set for May 29, 2015;

WHEREAS Defendant's deadline to oppose Plaintiff's Motion for Reconsideration is May 6, 2015;

WHEREAS, although Defendant disputes the positions taken in Plaintiff's Motion for Reconsideration and believes that it has authority to arbitrate the claims in this action, Defendant has made a business decision and elects not to pursue arbitration of this claim.

WHEREFORE, the Parties stipulate and jointly request the Court enter an Order as follows:

1. The Order granting Defendant's motion to compel arbitration and staying this action (Doc. No. 26) is VACATED;
2. Plaintiff's Motion for Reconsideration (Doc. No. 37) is DENIED as MOOT;
3. Set a further Status Conference so that the parties may proposed a case schedule.

DATED: May 5, 2015

SIMMONDS & NARITA LLP
TOMIO B. NARITA
R. TRAVIS CAMPBELL
LIANA MAYILYAN

By: s/R. Travis Campbell
R. Travis Campbell
Attorneys for Defendant
Portfolio Recovery Associates, LLC

DATED: May 5, 2015

CONSUMER LAW CENTER, INC.
FRED W. SCHWINN
RAEON R. ROULSTON

By: s/Fred W. Schwinn
Fred W. Schwinn
Attorneys for Plaintiff
Zoe Letty James

JAMES, ET AL. V. PORTFOLIO RECOVERY ASSOCIATES, LLC (CASE NO. 14-CV-03889 RMW)
STIPULATION TO VACATE ORDER COMPELLING ARBITRATION AND STAYING CASE [DOC. NO. 26]

2

TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
LIANA MAYILYAN (SBN 295203)
lmayilyan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ZOE LETTY JAMES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

CASE NO.: 14-cv-03889 RMW

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO VACATE ORDER COMPELLING ARBITRATION AND STAYING CASE**

The Court, having reviewed the stipulation and joint request of the parties to vacate the Order granting Defendant' motion to compel arbitration and staying this action, and good cause appearing, it is hereby ORDERED as follows:

1. the Order granting Defendant's Motion to Compel Arbitration and staying this case pending the results of arbitration (Doc. No. 26) is hereby VACATED.
2. Plaintiff's Motion for Reconsideration (Doc. No. 37) is DENIED as MOOT.
3. A Status Conference is set for **June 12**, 2015. The parties shall file a joint statement pursuant to Federal of Civil Procedure 26 no later than two weeks before the Conference.

IT IS SO ORDERED.

Dated: **5/12/15**

Ronald M. Whyte

Honorable Ronald M. Whyte

JAMES, ET AL. V. PORTFOLIO RECOVERY ASSOCIATES, LLC (CASE NO. 14-CV-03889 RMW)
~~[PROPOSED]~~ ORDER GRANTING STIPULATION AND JOINT REQUEST TO VACATE ORDER COMPELLING ARBITRATION AND STAYING CASE
1