1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5
6  O. Randolph Bragg (Pro Hac Vice)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
7  25 East Washington Street, Suite 900
   Chicago, Illinois  60602-1716
8  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
9  Email Address: rand@horwitzlaw.com

10 Attorneys for Plaintiff
   ZOE LETTY JAMES
11

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| ZOE LETTY JAMES, on behalf of herself and all others similarly situated, | Case No. 5:14-CV-03889-RMW-HRL |
|---|---|
| Plaintiff, | **STIPULATION REGARDING THE NET WORTH OF DEFENDANT, PORTFOLIO RECOVERY ASSOCIATES, LLC, AND [] ORFER** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, | |
| Defendant. | |

Plaintiff, ZOE LETTY JAMES ("Plaintiff"), on behalf of herself and a certain alleged class identified in Case No. 5:14-CV-03889-RMW-HRL in the United States District Court for the Northern District of California, San Jose Division, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, by and through their respective counsel, hereby stipulate and agree, for the sole purposes of this action ("the Subject Action") only, as follows:

1. For purposes of this action only, the parties stipulate that one percent of the net worth of Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, in this case exceeds the maximum statutory damages that are available to a class under the FDCPA, 15 U.S.C. § 1692k(a)(2)(B).

2. This Stipulation may be used in the Subject Action only and cannot be used for any other purpose or in any other case.

IT IS SO STIPULATED.

                                    CONSUMER LAW CENTER, INC.

Dated: June 18, 2015                 By: /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
                                          ZOE LETTY JAMES

                                  SIMMONDS & NARITA, LLP

Dated: June 18, 2015                 By: /s/ Tomio B. Narita
                                          Tomio B. Narita, Esq.
                                          Attorney for Defendant
                                          PORTFOLIO RECOVERY ASSOCIATES, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                  _____
                                  The Honorable Ronald M. Whyte
                                  United States District Judge