UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZOE LETTY JAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.: 14-cv-03889-RMW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY ACTION PENDING APPEAL OF *MEZA V. PORTFOLIO RECOVERY ASSOCIATES, LLC, ET. AL.*<br><br>Hon. Ronald M. Whyte |

1     The Court, having reviewed the stipulation and joint request of the parties to
2 stay this action, and good cause appearing, it is hereby ORDERS that this action is
3 stayed pending the resolution of the appeal to the Ninth Circuit Court of Appeals of
4 the order granting summary judgment and final judgment issued in *Julia C. Meza v.*
5 *Portfolio Recovery Associates, LLC, et al*, _ F. Supp. 3d _, 2015 WL 5138501 (N.D.
6 Cal. Sept. 1, 2015).

7     IT IS SO ORDERED.

9     Dated:  10/1/2015   *Ronald M. Whyte*
10                              Honorable Ronald M. Whyte