UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE LETTY JAMES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　Defendant. | CASE NO.: 3:14-cv-03889-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING APPEAL OF *MEZA V. PORTFOLIO RECOVERY ASSOCIATES, LLC, ET. AL.*<br><br>Date: July 6, 2017<br>Time: 9:30 a.m.<br>Crtrm.: 5 – 15th Floor<br><br>The Honorable Edward M. Chen |

The Court, having reviewed the stipulation and joint request of the parties, and good cause appearing, it is hereby ORDERED that the Case Management Conference set for July 6, 2017 is continued to January 11, 2018 pending the resolution of the appeal to the Ninth Circuit Court of Appeals of the order granting summary judgment and final judgment issued in *Julia C. Meza v. Portfolio Recovery Associates, LLC, et al*, 125 F. Supp. 3d 994 (N.D. Cal. 2015).

IT IS SO ORDERED.

Dated: 6/23/17

*[Signature and seal: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*