UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE LETTY JAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.: 3:14-cv-03889-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING APPEAL OF *MEZA V. PORTFOLIO RECOVERY ASSOCIATES, LLC, ET. AL.*<br><br>Date: June 14, 2018<br>Time: 9:30 a.m.<br>Crtrm.: 5 – 17th Floor<br><br>The Honorable Edward M. Chen |

The Court, having reviewed the stipulation and joint request of the parties, and good cause appearing, it is hereby ORDERED that the Case Management Conference set for June 14, 2018 is continued to <u>Dec. 13, 2018</u> pending the resolution of the appeal to the Ninth Circuit Court of Appeals of the order granting summary judgment and final judgment issued in *Julia C. Meza v. Portfolio Recovery Associates, LLC, et al*, 125 F. Supp. 3d 994 (N.D. Cal. 2015).

IT IS SO ORDERED.

Dated: 6/7/2018

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen